Neil A. Goteiner (State Bar No. 083524)
Dennis M. Cusack (State Bar No. 124988)
Louise Warren (State Bar No. 228793)
Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
COUPONS, INC.

**E-filed 10/13/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ELLEN A. EFROS, ESQ; RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC; and DOES 1-20, <br><br> Defendant. | Case No. C 05-3491 JF <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS OR TO TRANSFER** <br><br> Date: November 4, 2005 <br> Time: 9:00 a.m. <br> Courtroom: #3 |

Plaintiff Coupons, Inc. ("Coupons") and Defendants Ellen A. Efros, Ronald P. Kananen and Rader, Fishman & Grauer, PLLC (collectively, "Defendants") agree that the briefing schedule for Defendants' Motion to Dismiss or Transfer will be extended by one week. Plaintiff's Opposition to Defendants' Motion to Dismiss or Transfer will therefore be due on October 21, 2005 and Defendants' Reply will be due on October 28, 2005. Plaintiff and Defendants also agree that this change in the briefing schedule will not affect the scheduled hearing date of November, 4, 2005, and the hearing will take place as scheduled on that date.

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING ON DEFENDANTS'
MOTION TO DISMISS - Case No. C 05-3491 JF

19082\838082.1

| | | |
|---|---|---|
| 1 | DATED: October 11, 2005 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ Louise A. Warren |
| 4 | | Louise A. Warren |
| 5 | | Attorneys for COUPONS, INC. |
| 6 | DATED: October __, 2005 | SEDGWICK, DETER, MORAN & ARNOLD, LLP |

By: _____
Leila Narvid

Attorneys for ELLEN A. EFROS, ESQ., RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC

IT IS SO ORDERED that Plaintiff's Oppositions to Defendants' Motion to Dismiss or Transfer will be due on October 21, 2005 and that Defendants' Reply in support of this motion will be due on October 28, 2005. The hearing for these motions will be held on November 4, 2005.

DATED this _____ day of October, 2005.

_____
HONORABLE JEREMY FOGEL

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
EXTENDING BRIEFING ON DEFENDANTS'
MOTION TO DISMISS - Case No. C 05-3491 JF

- 2 -

19082\838082.1

| | | |
|---|---|---|
| 1 | DATED: October __, 2005 | FARELLA BRAUN & MARTEL LLP |
| 3 | | By:_____ |
| 4 | |     Louise A. Warren |
| 5 | | Attorneys for COUPONS, INC. |
| 6 | DATED: October 11, 2005 | SEDGWICK, DETER, MORAN & ARNOLD, LLP |
| 8 | | By: /s/ Leila Narvid |
| 9 | |     Leila Narvid |
| 10 | | Attorneys for ELLEN A. EFROS, ESQ., RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC |

IT IS SO ORDERED that Plaintiff's Oppositions to Defendants' Motion to Dismiss or Transfer will be due on October 21, 2005 and that Defendants' Reply in support of this motion will be due on October 28, 2005. The hearing for these motions will be held on November 4, 2005.

DATED this __12__ day of October, 2005.

/s/electronic signature authorized
HONORABLE JEREMY FOGEL

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING ON DEFENDANTS' MOTION TO DISMISS - Case No. C 05-3491 JF     - 2 -     19082\838082.1