**E-Filed 12/14/05**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>ELLEN A EFROS, ESQ., et al., <br><br>　　　　　　Defendants. | Case Number C 05-03491 JF <br><br> ADMINISTRATIVE ORDER[1] |

    On August 29, 2005, Defendants Ellen A. Efros, Esq. ("Efros"), Ronald P. Kananen, Esq. ("Kananen"), Rader, Fishman & Grauer, PLLC ("R, F & G") and Does 1 through 20 removed the instant case from Santa Clara Superior Court pursuant to 28 U.S.C. § 1441(b) and based on diversity jurisdiction, 28 U.S.C. § 1332.  On September 6, 2005, Defendants Efros, Kananen, and R, F & G filed a motion to dismiss for lack of personal jurisdiction and for improper venue, alternatively to transfer for improper venue, or alternatively to transfer venue for convenience. Coupons opposes the motion.  The Court heard oral argument on November 4, 2005 and has not

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-03491 JF
ADMINISTRATIVE ORDER
(JFLC1)

yet issued an order.

On December 2, 2005, Plaintiff filed a motion for leave to amend its complaint and to remand, which is presently noticed for hearing on January 6, 2006. However, the Court has not yet determined whether it has personal jurisdiction over Defendants, and thus is not yet in a position to hear these motions. Accordingly, on its own motion, the Court will reschedule the hearing date for Plaintiff's motion for leave to amend its complaint and to remand to February 3, 2006. Defendants shall file opposition to Plaintiff's motion no later than 10 days after the Court issues an order on Defendants' motion to dismiss, to transfer for improper venue, or to transfer venue for convenience.

IT IS SO ORDERED.

DATED: December 14, 2005

                                                /s/ electronic signature authorized  
                                                JEREMY FOGEL  
                                                United States District Judge

Case No. C 05-03491 JF  
ADMINISTRATIVE ORDER  
(JFLC1)

1  This Order has been served upon the following persons:

2  Dennis M. Cusack        dcusack@fbm.com, adugan@fbm.com; calendar@fbm.com; lwarren@fbm.com

3

4  Neil A. Goteiner        ngoteiner@fbm.com, karentsen@fbm.com; calendar@fbm.com

   Mark J. Hancock         mark.hancock@sdma.com, steven.wasserman@sdma.com; marion.tate@sdma.com
5

6  Leila Narvid            leila.narvid@sdma.com

7  Louise Anne Warren      lwarren@fbm.com, calendar@fbm.com

8  Steven D. Wasserman
   Sedgwick Detert Moran & Arnold
9  One Embarcadero Center
   16th Floor
10 San Francisco, CA 94111-3628

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-03491 JF
ADMINISTRATIVE ORDER
(JFLC1)