1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEVEN D. WASSERMAN  Bar No. 88291
2 | MARK J. HANCOCK  Bar No. 160662
One Market Plaza
3 | Steuart Tower, 8th Floor
San Francisco, California 94105
4 | Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
ELLEN E. EFROS, ESQ., RONALD
P. KANANEN, ESQ., RADER,
FISHMAN & GRAUER, PLLC

FILED

DEC 2 1 2005

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| COUPONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ELLEN A. EFROS, ESQ.; RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC; and DOES 1-20,<br><br>    Defendants. | CASE NO. C 05-3491 JF<br><br>[PROPOSED] ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE |

CASE NO. C 05-3491 JF
ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE

The parties having agreed, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The case management conference presently scheduled for January 6, 2006 is vacated.

2. A new case management conference will be scheduled by the court for at date approximately 45 days after the court has ruled on both: (a) defendants' pending motion to dismiss; and (b) plaintiff's motion to amend and remand (provided that, after ruling on the motions, this case remains before this court).

3. Once the court has scheduled a new case management conference, the following deadlines shall apply:

| Event | Proposed Deadline |
|---|---|
| Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan | 21 days before new CMC date |
| Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference | 21 days before new CMC date |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Casement Management Statement, and file/serve Rule 26(f) Report | Seven days before new CMC date |

DATED: 12-16-05

The Honorable Jeremy Fogel
U.S. District Court Judge